UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | <u>WAIVER OF INDICTMENT</u> |
| -v.- | : | 15 Cr. 706 (VSB) |
| HEIDI HONG PIAO,<br>a/k/a "Heidi Park," | : | 15 Mag. 3562 |
| Defendant. | : | |

------------------------------------------------------------x

HEIDI HONG PIAO, a/k/a "Heidi Park," the defendant, who is accused in one count of violating Title 18, United States Code, Section 371; one count of violating Title 18, United States Code, Sections 666(a)(2) and 2; one count of violating Title 18, United States Code, Section 1956(h); one count of violating Title 18, United States Code, Sections 1956(a)(2)(A) and 2; and one count of violating Title 31, United States Code, Sections 5314 and 5322(a)-(b), and Title 18, United States Code, Section 2, being advised of the nature of the charges and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Heidi Hong Piao

_____
Witness

_____
Michael B. Himmel, Esq.
Jamie Gottlieb Furia, Esq.
Attorneys for Heidi Hong Piao

Date: New York, New York
      January 14, 2016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JAN 14 2016