USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/22/2016

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
                                          :
UNITED STATES OF AMERICA,                 :      15-CR-706 (VSB)
                                          :
            -v-                           :      ORDER
                                          :
HEIDI PIAO,                               :
                  Defendant.              :
                                          :
                                          :
------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

    For the reasons stated on the record on January 14, 2016, the Defendant's application to modify her current bail condition is GRANTED.  I set forth below the entirety of Defendant Piao's bail modification:

    1. Defendant's current home detention conditions can be altered to include a curfew time, with the hours to be set by Pretrial Services in consultation with Ms. Piao for the purpose of seeking and obtaining lawful employment and engaging in other lawful activities within the Southern and Eastern Districts of New York, with all of the other bail conditions to remain in place, including electronic and GPS monitoring, as well as restrictions to the Southern and Eastern Districts of New York.  All other bail conditions shall remain the same.

SO ORDERED.

Dated:    New York, New York
         January 22, 2016

_____
Vernon S. Broderick
United States District Judge