

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 21, 2019

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *United States v. Heidi Hong Piao*,
          15 Cr. 706 (VSB)

Dear Judge Broderick:

    With consent of the defendant in the above-captioned matter, the Government respectfully writes to request that the control date for the sentencing of the defendant, presently scheduled for May 24, 2019, be adjourned for six months.

                Respectfully submitted,

                GEOFFREY S. BERMAN
                United States Attorney

    By:    s/ Daniel C. Richenthal
                Daniel C. Richenthal
                Janis M. Echenberg
                Douglas S. Zolkind
                Assistant United States Attorneys
                (212) 637-2109/2597/2418

                ROBERT ZINK
                Acting Chief, Fraud Section
                Criminal Division

    By:    s/ David A. Last
                David A. Last
                Trial Attorney
                (202) 616-5651

cc:    Jamie Gottlieb Furia, Esq.