

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 24, 2019

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> **APPLICATION GRANTED**
> **SO ORDERED** /s/ Vernon Broderick
> **VERNON S. BRODERICK**
> **U.S.D.J.** 12/19/2019
>
> The sentencing control date in this matter is hereby adjourned to April 24, 2020.

Re:   *United States v. Heidi Hong Piao*,
      15 Cr. 706 (VSB)

Dear Judge Broderick:

With consent of the defendant in the above-captioned matter, the Government respectfully writes to request that the control date for the sentencing of the defendant, presently scheduled for October 25, 2019, be adjourned for six months.

       Respectfully submitted,

       GEOFFREY S. BERMAN
       United States Attorney

By: s/ Daniel C. Richenthal
    Daniel C. Richenthal
    Janis M. Echenberg
    Douglas S. Zolkind
    Assistant United States Attorneys
    (212) 637-2109/2597/2418

    ROBERT ZINK
    Chief, Fraud Section
    Criminal Division

By: s/ David A. Last
    David A. Last
    Assistant Chief
    (202) 616-5651

cc:   Counsel of Record