# Lowenstein Sandler LLP

Jamie Gottlieb Furia
Partner

1251 Avenue of the Americas
New York, NY 10020
T 646.414.6887
F 973.422.6495
jfuria@lowenstein.com

April 16, 2020

**VIA ECF**

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  4/17/2020

Re:   United States v. Heidi Hong Piao, 15-cr-706 (VSB)

Dear Judge Broderick:

This law firm represents Heidi Hong Piao in the above-referenced matter. We write concerning Your Honor's memo-endorsed Order (Dkt. Entry No. 930), which granted the release of 20% ($32,000) of the $160,000 cash currently securing Heidi Piao's bond.

Heidi Piao's sister, Grace Piao, had deposited the original cash bail via cashier's check on November 25, 2015 with the Southern District of New York's Clerk's Office. The attached document is a true and correct customer copy of the cashier's check, which reflects the purchase was made by Grace Piao. However, when Grace Piao gave the check to the Clerk's Office, the cash bail order form stated that the money was deposited by Grace "Park" (the American alias for the last name "Piao"). Similarly, the receipt issued by the Clerk's Office lists the payer name as Grace "Park." True and correct copies of both documents are attached.

Courtney de Casseres, Acting Finance Manager for the Southern District of New York, has advised that the return check must be issued to Grace Park, as that is the name of the depositor on record. However, "Park" is not Grace Paio's legal last name, and we hope to avoid any issues when she deposits the check into her bank account. Ms. De Casseres advised that the only way to change the depositor on record from Grace Park to Grace Piao is by consent of Your Honor.

Accordingly, we respectfully request that Your Honor order the following relief: (1) that a check in the amount of $32,000 be made payable to Grace Piao now; and (2) that the Court's Finance Office permanently change the name of depositor on record from Grace Park to Grace Piao such that all future checks are made payable to Grace Piao.

Respectfully yours,

/s/ Jamie Gottlieb Furia

Jamie Gottlieb Furia

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Cashier's Check - Customer Copy

No. 1522920726

Void After 90 Days      30-1/1140

Date 11/24/15 04:22:26 PM

FASHION
0006      0094134      0078

NTX

Pay 

***$160,000.00

To The Order Of   UNITED STATES TREASURY NYC

HEIDI PIAO CRIM. NO. 15-MJ-3562

Not-Negotiable
Customer Copy
Retain for your Records

Remitter (Purchased By):   GRACE J PIAO

Bank of America, N.A.
SAN ANTONIO, TX

001641004977

00-53-3364B  11-2010

M19-1- 1 3 9 4 4

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | DEFENDANT #: 6 |

==============================X

UNITED STATES OF AMERICA           :

                -V-                :            **CASH BAIL ORDER**

Heidi Hong Piao                    :            CASE. # 15mj3562

==============================X

OFFICE OF THE UNITED STATES MAGISTRATE JUDGE
FOR THE SOUTHERN DISTRICT OF NEW YORK

IT IS HEREBY CERTIFIED THAT BAIL OF THE ABOVE DEFENDANT WAS FIXED

ON November 25, 2015 BY THE HONORABLE Frank Maas

U.S. MAGISTRATE JUDGE, IN THE SUM OF 1 million Dollars                    NM

DOLLARS, PERSONAL RECOGNIZANCE BOND, SECURED BY 500,000 Cash/Property ($160,000 cash)

DOLLARS, DEPOSITED WITH THE CLERK, U.S. DISTRICT COURT, S.D.N.Y. FOR THE

APPEARANCE OF SAID DEFENDANT BEFORE THE PRESIDING MAGISTRATE

JUDGE.

DATED:    NEW YORK, NEW YORK
          November 25, 2015

                                   S/ Frank Maas
                                   UNITED STATES MAGISTRATE JUDGE

                                   By: _____
                                   DEPUTY CLERK:

DEPOSITED BY:
NAME: Grace Park
ADDRESS: 560 W. 43rd St., Apt 30H
         New York, NY 10036

(Rev. 09/14)

```
Court Name: District Court
Division: 1
Receipt Number: 465401139896
Cashier ID: Nmorales
Transaction Date: 11/25/2015
Payer Name: GRACE PARK
------------------------------------
TREASURY REGISTRY
 For: HEIDI HONG PIAO
 Case/Party: D-NYS-1-15-MJ-003562-006
 Amount:        $160,000.00
------------------------------------
CHECK
 Check/Money Order Num: 0726
 Amt Tendered:  $160,000.00
------------------------------------
Total Due:      $160,000.00
Total Tendered: $160,000.00
Change Amt:     $0.00

15M19-1-13944
```

| | | |
|---|---|---|
| | Cashier's Check - Customer Copy | No. 1522920726 |
| | Void After 90 Days    30-1/1140 | Date 11/24/15 04:22:26 PM |

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

FASHION
0006        0094134        0078

NTX

Pay ▷▷▷▷ BANK OF AMERICA  **ONE SIX ZERO ZERO ZERO ZERO 00 CTS CTS**    ***$160,000.00

To The Order Of   UNITED STATES TREASURY NYC
HEIDI PIAO CRIM. NO. 15-MJ-3562

Remitter (Purchased By):  GRACE J PIAO

Bank of America, N.A.
SAN ANTONIO, TX

Not-Negotiable
Customer Copy
Retain for your Records

001641004977

00-53-3364B  11-2010

M19-1- 1 3 9 4 4

UNITED STATES DISTRICT COURT  DEFENDANT #: 6
SOUTHERN DISTRICT OF NEW YORK
===============================X
UNITED STATES OF AMERICA           :
                                   :   **CASH BAIL ORDER**
             -V-                   :
                                   :   CASE. # 15mj3562
       Heidi Hong Piao             :
===============================X

OFFICE OF THE UNITED STATES MAGISTRATE JUDGE
FOR THE SOUTHERN DISTRICT OF NEW YORK

IT IS HEREBY CERTIFIED THAT BAIL OF THE ABOVE DEFENDANT WAS FIXED

ON November 25, 2015 BY THE HONORABLE Frank Maas

U. S. MAGISTRATE JUDGE, IN THE SUM OF 1 million Dollars                                NM

DOLLARS, PERSONAL RECOGNIZANCE BOND, SECURED BY 500,000 Cash/Property ($160,000 cash)

DOLLARS, DEPOSITED WITH THE CLERK, U.S. DISTRICT COURT, S.D.N.Y. FOR THE

APPEARANCE OF SAID DEFENDANT BEFORE THE PRESIDING MAGISTRATE

JUDGE.

DATED:   NEW YORK, NEW YORK
         November 25, 2015

                                   S/ Frank Maas
                                   UNITED STATES MAGISTRATE JUDGE

                                   By: _____
                                   DEPUTY CLERK:

DEPOSITED BY:
NAME: Grace Park
ADDRESS: 560 W. 43rd St., Apt 30H
         New York, NY 10036

(Rev. 09/14)

```
Court Name: District Court
Division: 1
Receipt Number: 465401139896
Cashier ID: Nmorales
Transaction Date: 11/25/2015
Payer Name: GRACE PARK
------------------------------------
TREASURY REGISTRY
 For: HEIDI HONG PIAO
 Case/Party: D-NYS-1-15-MJ-003562-006
 Amount:        $160,000.00
------------------------------------
CHECK
 Check/Money Order Num: 0726
 Amt Tendered:  $160,000.00
------------------------------------
Total Due:      $160,000.00
Total Tendered: $160,000.00
Change Amt:     $0.00

15M19-1-13944
```