

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 15, 2020

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

>  **APPLICATION GRANTED**
> **SO ORDERED**
> VERNON S. BRODERICK
> U.S.D.J.  4/24/2020
>
> The sentencing control date in this matter is hereby adjourned to October 22, 2020.

    Re:   *United States v. Heidi Hong Piao*,
             15 Cr. 706 (VSB)

Dear Judge Broderick:

    With consent of the defendant in the above-captioned matter, the Government respectfully writes to request that the control date for the sentencing of the defendant, presently scheduled for April 24, 2020, be adjourned for six months.

                            Respectfully submitted,

                            GEOFFREY S. BERMAN
                            United States Attorney

    By:    s/ Daniel C. Richenthal
              Daniel C. Richenthal
              Janis M. Echenberg
              Douglas S. Zolkind
              Assistant United States Attorneys
              (212) 637-2109/2597/2418

              ROBERT ZINK
              Chief, Fraud Section
              Criminal Division

    By:    s/ David A. Last
              David A. Last
              Assistant Chief
              (202) 616-5651

cc:    Counsel of Record