

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 17, 2020

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED** /s/
**VERNON S. BRODERICK
U.S.D.J.** 8/17/2020

Sentencing in this matter is hereby scheduled for December 4, 2020 at 11 a.m.

    Re:   *United States v. Heidi Hong Piao*,
            15 Cr. 706 (VSB)

Dear Judge Broderick:

    With consent of the defendant in the above-captioned matter, the Government respectfully writes to request that (a) a date for the sentencing of the defendant be set and (b) this matter referred to the Probation Office for the preparation of a presentence investigation report.

                    Respectfully submitted,

                    ILAN T. GRAFF
                    Attorney for the United States,
                    Acting Under Authority Conferred by 28 U.S.C. § 515

    By:    s/ Daniel C. Richenthal
             Daniel C. Richenthal
             Janis M. Echenberg
             Douglas S. Zolkind
             Assistant United States Attorneys
             (212) 637-2109/2597/2418

             ROBERT ZINK
             Chief, Fraud Section
             Criminal Division

    By:    s/ David A. Last
             David A. Last
             Assistant Chief
             (202) 616-5651

Honorable Vernon S. Broderick
United States District Judge
August 17, 2020
Page 2


cc:    (by ECF)

       Counsel of Record