# Lowenstein Sandler LLP

**Jamie Gottlieb Furia**
Partner

1251 Avenue of the Americas
New York, NY 10020
T 646.414.6887
F 973.422.6495
jfuria@lowenstein.com

October 8, 2020

**VIA ECF**

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J.  10/9/2020
>
> Sentencing in this matter is adjourned to March 5, 2021 at 12:00 p.m.

**Re:    United States v. Heidi Hong Piao, 15-cr-706 (VSB)**

Dear Judge Broderick:

This law firm represents Heidi Hong Piao in the above-referenced matter. With the consent of the government (via Assistant U.S. Attorney Daniel Richenthal), we write to request a three-month adjournment of Ms. Piao's sentencing date, which is currently scheduled for December 4, 2020 (Dkt. Entry No. 966).

We make this request due to medical issues that Ms. Piao is currently facing. I have explained the details of the medical issues to Mr. Richenthal, and he has consented to our request. Should the Court require additional information, I would be happy to submit a letter under seal or to speak by phone.

Respectfully yours,

/s/ Jamie Gottlieb Furia

Jamie Gottlieb Furia

cc:    Daniel Richenthal, Assistant U.S. Attorney (via ECF)
       Francesca Tessier-Miller, U.S. Pretrial Services Officer (via Email)
       Sara Willette, U.S. Probation Officer (via Email)