

Jamie Gottlieb Furia
Partner

1251 Avenue of the Americas
New York, NY 10020
T  646.414.6887
F  973.422.6495
jfuria@lowenstein.com

April 1, 2021

<u>Via ECF</u>

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:    United States v. Heidi Hong Piao, 15-cr-706**

Dear Judge Broderick:

This office represents Defendant Heidi Hong Piao in the above-captioned matter.

We write in response to Your Honor's March 26, 2021 Order on Ms. Piao's application regarding redactions to the defense sentencing submission.  (Dkt. Entry 998).  Upon further reflection, and discussion with the Government, Ms. Piao will not seek to maintain under seal the exhibits to the sentencing submission.  Instead, consistent with Your Honor's ruling on the sentencing memorandum, we will file a redacted version of the exhibits.  The redactions will only pertain to Ms. Piao's medical records, treatment, and diagnosis, as well as any personal identifying information (*e.g.*, mailing address, email address) about the individuals who submitted letters of support to this Court.  In accordance with Your Honor's Order, we will file the redacted sentencing memorandum and accompanying exhibits on or before April 9, 2021.

Respectfully submitted,

/s/ Jamie Gottlieb Furia

Jamie Gottlieb Furia