# EXHIBIT A

## Heidi Hong Piao's Statement of the Case

I am submitting this statement to explain to the Court, to the Probation Office, and frankly to myself, how I have come to be before the Court to be sentenced on my guilty plea for bribery, money laundering, and failure to file reports of foreign bank and financial records. I do so not to excuse my conduct in any way, but rather to provide a broader context to my actions. In this way, I respectfully hope that the Court will see that my actions are not reflective of the life that I have tried to lead.

My parents instilled in me the importance of ethics and hard work. They raised my younger sister Grace and me in Beijing. My father was a medical doctor with a specialty in immunology research, and my mother was a chemist. During the Chinese cultural revolution in the late 1960's, my father was sent away to work at a Chinese labor camp. At the time, I was barely seven years old, and for the next three years, my mother and I would visit my father at the camp once a year (Grace was not yet born). My father's absence at home forced me to grow up and become very independent. I knew that my mother bore the physical and financial burden of caring for me in a tumultuous political and societal environment, and I focused strictly on my studies in the hopes of making both of my parents proud. I set high goals for myself academically and achieved those goals, excelling from grade school on.

From a young age, it was my dream to study in the United States. After graduating with a bachelor's degree in civil engineering from the most competitive university in China, I received a scholarship to attend Michigan Technological University in Houghton, Michigan. I graduated from Michigan in 1991 with a Master of Science degree in Civil Engineering. When I naturalized in the United States in 1998, I was proud of my academic and professional achievements, and I truly felt that I had succeeded in the land of freedom. I knew that I had made my parents proud as well.

My business career has been varied in both scope and industry, and I have spent time living in both China and the United States. I spent much of my career acting as a "bridge" between western businesses and the eastern market (specifically, China), providing consulting and advisory support to U.S. companies seeking to explore Chinese markets, including oil and gas, telecommunications, and finance. I had always taken tremendous pride in my professional career, and for decades, I was proud of all that I had accomplished. The fact that I threw away everything that I worked so hard for is humiliating and devastating. Yet I know that I must take responsibility for my actions.

In around 2012, I joined my then-friend and business colleague, Sheri Yan, as she was in the process of starting the Global Sustainability Development Foundation (GSDF) in New York. Ms. Yan had contacts within the United Nations ("UN"), and she sought to create a non-governmental organization to work with the UN President's office to advance projects and cooperative partnerships that utilized scientific and technological innovations for social good. The primary objective of GSDF was to promote educational opportunities, expand access to knowledge and information, promote socioeconomic equality, and empower under-privileged. This is how I came to meet John Ashe, who was the Permanent Representative to UN from Antigua and, from September 2013 to September 2014, the President of the UN General Assembly.

I agreed with other individuals to pay money to Mr. Ashe with the intent of influencing him, including in his official capacity – for example, so he would influence other officials and also attend a conference in China in his official UN capacity. The payments also included money that Mr. Ashe intended to give to officials in Antigua to influence their official actions – for example, so the officials would enter into a contract with a Chinese entity. My poor choices extended into

my personal affairs as well, as I knowingly failed to file a Report of Foreign Bank and Financial Accounts (FBAR) disclosing that I had financial interests in foreign bank accounts.

I did not personally or financially benefit from what I did, but still, what I did was wrong and I will not try to justify my actions. I am deeply ashamed of my actions and I wish to apologize to the Court, to the Government of the United States, and to my family and friends. I am so sorry for the pain and humiliation that I have caused my family, particularly my younger sister Grace. I have tried to live a law-abiding life, and I am distraught that I have fallen short in this regard. I fear that whatever good I may have done in my life may be overshadowed by my criminal conduct.

I have tried to make amends for my actions. I entered into a plea agreement with the United States Attorney's Office at an early stage. Both before and after entering my guilty plea, I have cooperated with the Government and I have been completely truthful from the outset. Beginning in 2015 after my arrest, I did everything the Government asked of me, including participating in multiple in-person and telephonic interviews to assist the Government in its investigation against other individuals. Nevertheless, I freely acknowledge that my cooperation with the Government does not "right" my previous wrongs.



████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████ Since my arrest in late-2015, I have been forced to take stock of my life, not only what I am proud of, but also where I have made mistakes. ████████████████████████████████████████████████████████████████████

        In closing, I humbly ask Your Honor to allow me to continue to make amends by permitting me to stay in the community, and not behind bars.  I can assure you that I will never be before this Court, or any other court, again.  Thank you for your consideration.


                                        Respectfully,


                                        _____
                                        Heidi Hong Piao
Dated: January 29, 2021

# EXHIBIT B

# EXHIBIT B-1

# EXHIBIT B-2

# EXHIBIT B-3

# EXHIBIT B-4

# EXHIBIT B-5

# EXHIBIT C





# EXHIBIT D







# EXHIBIT D-1

# EXHIBIT E

*Grace J. Piao*

████████████████████

*February 4, 2021*

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Heidi Hong Piao, 15 Cr. 706 (VSB)

Dear Judge Broderick:

I am writing in support of my dearest sister Heidi Piao.

My name is Grace J. Piao, and I am Heidi's younger sister. Heidi is not only my sister and my role model, who I look up to the most, but also my best friend. She is a kind-hearted, empathetic, courageous, hard-working and the most optimistic person I've ever met. She has always been my personal superhero.

For as long as I can remember, how well Heidi was doing in school had always been the topic of conversation for my parents and family friends. She finished high school at the top of class. And then, she scored in the highest tier in the national university entrance exam (regarded as the hardest university entrance exam in the world). Subsequently, she was accepted to the most prestigious university in China. She made our family so proud. She also plays beautiful violin, with tireless, endless hours of practice over the years and self-discipline which landed her playing in her university orchestra.

After graduating from Tsinghua University with honors, Heidi earned a full scholarship to attend graduate school in the U.S. Again, she made our family so proud. We were also so happy to witness her dream came true. However, at that time our parents did not have any extra money to give to her as she began her studies in the U.S. Other than an airline ticket, Heidi only had $100 with her when she started her journey to the U.S., I can still remember how worried my parents were; but with a confident smile on Heidi's face, she told my parents not to worry and that everything

would work out just fine, and then it did. She managed to safely get to her school in Michigan and received her scholarship check two weeks after. From then on, Heidi started sending money back home to help support our family.

Over the years, I watched Heidi to do what she loved, and her passion was contagious. Like any younger sister, I aspired to be just like Heidi. With her help, I was able to go to America and obtain further education. She has taught me to act without fear and love without limits, and do all things with passion and devotion. Most importantly, I've learned from my sister that you have to work for the things you want to achieve. Success doesn't come easily, and it especially doesn't come to those who aren't willing to work for it.

████████████████████████████████████████████████

████████████  Again, Heidi showed her strength and perseverance throughout our father's battle with cancer. Sadly, our father passed away in 2013. ████████
████████

In 2015, I was totally shocked by Heidi's legal case. At first, I was in complete denial, and could not accept the fact, telling myself, "it could not have been my sister Heidi, there must've been some mistakes..." When I realized it was true, I was totally devastated, and felt like the sky had fallen on me. Once again, I was moved by Heidi's positive attitude. She told me her mistakes and her ignorance of the law. She expressed her deep contrition for what she had done, and apologized for the humiliation and damage her misconduct has caused. When she asked for my forgiveness, I could not help bursting into tears.

I understand Heidi's wrongdoing bears consequences, but it's clear that she has a complete remorse for what she has done, and she has taken full responsibility for her mistakes. She has learned a hard lesson. I am sincerely pleading to you, Your Honor, to consider my testament in this letter and to take all the good Heidi has achieved for her family, friends and society into consideration. I beg you to grant a lenient sentence and give Heidi a second chance.

████████████████████████████████████████████████



*Thank you very much Your Honor for taking your precious time reviewing my letter.*

*Respectfully yours,*

*Grace J Piao*

# EXHIBIT F

Honorable Vernon S. Broderick

United States District Judge

Southern District of New York

United States Courthouse

40 Foley Square

New York, NY 10007

January 21, 2021

Dear Your Honor

My name is Hong Yang, currently a housewife. I am a childhood friend of Heidi, we've known each other since we were in primary school. We grew up in the same neighborhood, went to the same primary school and highschool, our colleges are next to each other.

我是 Hong Yang，是 Heidi 的朋友，目前是家庭主妇。我和 Heidi 友情可可以追溯到我们的童年，我们成长于同一环境，在同一所小学、中学读书，大学时我们的大学也是邻居。

As a longtime friend of Heidi,  Your Honor Judge Broderick, I'd like to describe the Heidi in my eyes. Ever since Heidi was in primary school, she has always been very special, she has a very vibrant out-going personality, always been very driven and optimistic, she is smart and witty, industrious and studious; she is always been the girl with generocity, willing to help others, she is enthusiastic and full of life.

我作为 Heidi 的如此长久的朋友想在此时向您-Judge Broderick 描述一下我眼中的 Heidi.Heidi 从小就是性格开朗，乐观向上，聪明伶俐，勤奋好学，乐于助人及热爱生活的人。

One distinct memory I have about Heidi is that,  I've always known in my heart that I can always count on Heidi's help whenever I had difficulties in my studies. In school she helps other students, at home she helps her parents and took care of her younger sister, she also plays a beautiful violin.  She always has a clear goal on what she does, and self-disciplined in great deal. In school, she was a role model, always had the best academic records, and graduated from high school as the top of the whole grade, and got into Tsinghua university, which is the best university in China.

记得小时候每当在学习上有什么问题我都知道可以得到她的帮助。她在外帮助同学朋友、在家里帮助父母照顾妹妹。她清楚什么时候该做什么事。对自己有要求有目标。而且还拉着一手好小提琴，是学校里的榜样，学习成绩永远都是最好的，并最终以优异成绩考上了中国顶尖大学。

Heidi's uplift spirit of optimism has always had influence on me. After this unfortunate fall of hers, Heidi did not get beaten down and despair, she admitted the wrongdoings and choses to face the consequences. She has been actively trying to amend the wrongdoings by regularly participating in volunteer work for the community, and trying to work even harder to make living. I am deeply moved by Heidi's positive attitude – facing the challenges, not afraid of falling, taking active steps to correct the wrongdoings. No one is perfect in this world, what is most important is to have the courage to admit the wrongdoings and start a new life journey. I trust we will see the same Heidi again, the kind-hearted Heidi who loves life and with a huge loving heart for others.

Heidi 乐观向上的精神始终影响着我，在发生了这个遗憾的事情后，她没有低沉没有被击倒，反而直面困难，积极修正。她积极地做义工活动服务于社区。更加努力地去工作。她的这种接受挑战，不被击倒，积极纠正的精神感动着我。没有完美的人，勇于承认错误，重新开始才是最重要的。我相信 Heidi 依旧是那个热爱生活充满爱心的 Heidi!

Sincerely yours,

Hong Yang

# EXHIBIT G

Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

February 22, 2020

Dear Your Honor,

My name is Dandan Zhang, and I have known Heidi for 22 years. I graduated with a
Journalism Degree from Beijing University in China. After graduation I worked as
journalist at The Economic Daily in Beijing, and later became an News Anchor in the
Chinese TV Station in Hong Kong and Canada. After a 20 year career as a journalist,
for the past 10 years, I have shifted to teaching, focusing on media related topics. I
have been invited as a distinguished visiting professor to Beijing University Medical
School, Beijing University Continuing Education School, and Tsinghua University
Continuing Education Center.

I met Heidi in 1998 through a college friend. We immediately felt like old friends, as
we shared the same values and had a lot in common.

First and foremost, Heidi is an honest and trustworthy person. She always keeps her
promises. What she promised to do for you, even if sometime you forget it, she still
remembers and often times she'd be going out of her way to deliver even when
there are difficulties. She is also a person who is always punctual and never fails to
keep the appointments. If she is late for a few minutes due to urgent or unexpected
matters, she will definitely call in advance to reschedule and then appear in front of
you on time at the re-scheduled time.

Heidi is an extremely kind person. Whether she treats business partners or treats
friends, she always thinks for others first and thinks as if she is on the other person's
shoes. She understands others with the greatest kindness, tolerates others, and
forgives others.

Heidi is a positive and optimistic person. I have never seen her angry and depressed .
Even when she faces a difficult situation, she will always keep the smile on her face
and comfort us instead, asking us not to worry about her, and telling us all
difficulties will pass.

Heidi is a very logical person. No matter what problems you encounter in work,
study or life, she will patiently discuss with you about your concerns through logical
thinking and analysis.

Heidi is an enthusiastic person who always willing to help others, and she never
expects anything in return. Whenever anyone asks for help, she always say yes and

tries to find a way to help, especially when people encounters difficulties in their studies. Whether it's friend, friend of friends', children of friends', whoever encounters a problem in study, especially when the Chinese-English translation is incomprehensible, they always come to Heidi for help.

I'm lucky I have a good friend like Heidi, I believe that everyone who knows Heidi will have the same thoughts and feelings as I do. Heidi acknowledges that she made poor decisions that led her before this Court. She's expressed deep remorse for her mistakes. But she is a good person, an excellent citizen, and is worthy of respect and a second chance. I support Heidi, I value our 22-year friendship, and I hereby sincerely ask Your Honor to consider giving Heidi a lenient sentence.

Should you have any other inquiries about Heidi, please contact me at any time.

Respectfully yours,



Dandan Zhang

# EXHIBIT H

Nini Suet



January 2021

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007


Re: Heidi Hong Piao, 15 Cr. 706 (VCB)


Dear Judge Broderick:

With the utmost respect for the rule of law and gravity of the decision that you will make in regards to the case of Ms. Heidi Hong Piao, I'm writing this letter as a testament to her character and rehabilitation. I have known Heidi since I was 10-year-old because she has been my mom's best friend over the years. To say that Heidi is a close friend is an understatement, I much prefer to regard her as the auntie I've never had. Heidi has been an instrumental part of my formative years, and later on, a reliable, safe harbor to turn to for protection and love when my family was going through unexpected turmoil.

Heidi has been there for my family and me throughout the good times and the bad. I was fortunate to be one of the first Mainland Chinese students to study at a private boarding school Tabor Academy, and subsequently Princeton University, in the U.S. back in the 90s. During my years abroad, my father, former President of the China Construction Bank and the Bank of China, was detained on charges of corruption, and received a twelve-year-sentence after a long-overdue trial. My mother was blacklisted and my family was immediately cut off on all fronts, financial and communication alike. The government confiscated my family's possessions as evidence, despatched authorities for a global manhunt to press for my father's confession, and in the process, friends turned foes, relatives turned strangers, sycophants rushed away out of fear for involvement. It was a really dark time for my family, and in particular, for me. I could not comprehend how my father, who devoted himself so completely to serving his country, had become a political scapegoat and painted as the enemy of the state. I threw myself into school and shut the entire world out.

It was Heidi's unconditional love, unwavering support, and selfless actions during the years that followed that gradually pulled me out of the limbo. She taught me the importance of faith, though the notion did not come easily. I still vividly remember Heidi was the first, and only, person who anxiously looked for my mother and me when we were hiding out in the states. Despite the rounds of rejections, smeared comments she received and possible implication, Heidi packed as much daily necessities for us as possible and flew across to America to visit us in person. This is essentially who Heidi is – someone with a big heart filled with authentic love, genuine care, and a willingness to sacrifice herself for the betterment of those she loves.

Thanks to Heidi, I rediscovered faith in myself and in the world. Heidi's infectious laugh, optimism and firm belief in the goodness of those she cares about are truly what define her. In the years that followed as I navigated from investment banking to advertising to media to entrepreneurship, Heidi accompanied me closely like a beacon of light, showering me with constant love, support and laughter.

Heidi's involvement in the illegal conduct was a huge blow to her and to us. We had countless conversations since the incident. It was the first time I saw Heidi so incredibly defeated and remorseful. Heidi never once tried to justify her actions; instead, she expressed sincere regret, disappointment in herself and full respect for the legal proceedings she must undertake to get back on the correct life path. I met up with Heidi whenever I visited New York in the past years, and I felt so relieved to see her gaining back her positive spirit. She took up running and got back in shape; she dived into books to build up her knowledge. It is clear that Heidi is fully determined to learn from her past, take responsibilities for her mistakes, and embrace a brighter future, one step at a time, with resilience and integrity.

Thank you, Your Honor, for bearing with me as I recounted my stories with Heidi. I sincerely hope that you will take into account Ms. Heidi Piao's deep remorse, newfound respect for the rule of law, and character in rendering your sentencing. Giving Heidi a second chance to lead a productive, upright life will mean the world to her, and in turn, to those of us who have benefitted so much from her love. Should you need any further information, I am more than happy to oblige.

Thank you very much for your careful consideration.

Sincerely,

Nini Suet

# EXHIBIT I

**Jessica Yune**

January 19, 2021

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

RE: Heidi Hong Piao, 15 Cr. 706 (VSB)

Dear Honorable Judge Broderick:

Thank you for taking time to read this letter of support in regards to Heidi Hong Piao's
case. My name is Jessica Yune and I have known Heidi for over 20 years. I met Heidi
through her sister, whom is my best friend. My background is in accounting and I have
worked in various industries of different company sizes for over 25 years.

I have gotten to know Heidi through her sister who admires and worships her. Through
our conversations when we would get together, her sister would often tell me how hard
working Heidi is and how she would always make time each Sunday to take her parents
out for lunch no matter how busy she was. I also learned through time that Heidi is the
sole breadwinner for her family as her parents have retired. Knowing this about Heidi
has made me gain respect and admiration for her dedication and work ethic.

On numerous occasions, Heidi and our friends have hung out together in various social
scenes from dining out or just staying home and binging on TV shows. She was always
accommodating to make sure that we feel welcomed and comfortable. I can sense her
genuineness and sincerity whenever we get together.

Through these years, I have come to know Heidi and see what kind of person she is and
her character. She is kind, caring, giving and has a big heart. Even though she has such a
busy work schedule, she is always there to lend a helping hand or happy to listen to me
and give me advice. She has a lot of compassion and empathy and often volunteers at
shelters or at church.

When I learned that Heidi was in need of putting up collateral for her bail, I was willing
to put up both of my homes to help and have for the entirety of this case. I did this
knowing the risk and consequences but because of our long standing friendship and the

faith I have in her, I was confident and have the utmost trust in her to know that she would not do anything to jeopardize our relationship.  She is a "woman" of her word.

Heidi genuinely regrets the mistake she has made and wishes that she could turn back time and not done what she's done.  It has consumed her with regret and the burden she will carry with her forever.

I respectfully ask the Court for leniency on Heidi's sentence when reviewing this case. Please give Heidi a second chance for her wrongdoing.  I know that if given the opportunity, she will redeem herself and prove that she has learned from her mistakes by contributing back to society in a positive way.  To err is human, and I hope the Court would be able to forgive her and grant her another chance.


Sincerely,

Jessica Yune

2

# EXHIBIT J

The Honorable Vernon S. Broderick

United States District Judge

United States Courthouse

40 Foley Square

New York, NY 10007

August 31, 2020

Dear Honorable Vernon S. Broderick,

My name is Wu Hua, an architect and an artist, I grew up in Beijing and graduated from Philadelphia State University with Master Degree in Architect here in the US.   I have been knowing Heidi Park for almost 25 years, and I even heard about her in 1980s before we met in person when she was studying in Tsinghua University where my father was a professor.

Heidi is a very smart and energetic person.   She is warm and caring as well. She is very open minded about her life and career.   She is strong and yet sensitive to her friends and family, she has been also very close and supportive to her family.

Heidi has many friends and we all adore her.   She always brings us positive energy and encouragement when we need help.   There are so many memorable moments in our relationship, one of them happened in 2001 during 9/11 attack in NYC.   In that fatal night Heidi and I were in a gathering in Beijing when the attack happened, we were in total shock and deeply saddened by the horrofic terrorist attack that we were witnessing from the news on TV.   What worried me on a personal level is my husband who was on a United Airline flight that was supposed to land in Newark in the afternoon of 9.11.   Heidi knew I had two young boys at home, so she insisted on staying with us and keeping us company so that I would not be alone and too worried.   My husband fortunately landed safe and sound at last, but I will

never forget the generous and kind-hearted comfort Heidi gave us during that long and excruciating night.

In the past three years I have spent some months in NYC.   Each time I met Heidi, she's always shown a very possessive attitude, oftentime she had expressed her deep remorse for her mistakes, and hard lessions she's learned.   In addition, it's worthmentioning that She has been very devoted to the volunteering work that gave her a new purpose for helping those in need.

As a friend, I sincerely hope Your Honor will consider leniency for her purnisment.   I truly hope Heidi will start a new life soon while being a positive and contributing member of society.


Respectfully yours,

Wu Hua

# EXHIBIT K

The Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Janurary 19, 2021

Dear Honorable Judge Broderick,

I am an entrepreneur who works in the art, entertainment and real estate investment field. I have known Heidi Park for over 5 years, she brings clients to us, and works closely with us as a strategic partner. I have found her to be a hard working, enthusiastic, and positive person. She is relentlessly upbeat in all of our dealings. Being entrepreneurs isn't always easy, especially after her legal case in 2015, Heidi had to work even harder to explore new business opportunities in brand new sectors. Heidi continues to move forward and work extremely hard to find a path to successfully completing the business deals. She is a generous and gracious friend to all. I've met many wonderful families, friends, and businesses associates through Heidi over the years in NYC. The feedback from all regarding Heidi is her generosity and honesty, expecially her willingness to jump into any endeavor with enthusiasm, also a keen mind which allows her to master any subject quickly.

Heidi is a trusted person in my life, I consider her family. She even stays in our apartment when we go out of town and watches our two giant labradors as a favor to me and my wife Larissa. She goes above and beyond the call of duty for a friend. Heidi also takes care of her elderly Mom, and always thinks of others first before herself. She does a lot of volunteering work in NYC to help the homeless delivering food.

I sincerely hope and pray that Your Honor will consider what a kind-hearted and sincere person Heidi is and consider leniency for her sentencing. It's worth

mentioning that Heidi has shown complete remorse and taken full responsibility for her mistakes.   Should you need any further information or need to contact me, I am at your disposal.

Respectfully yours,

Sean Gavigan

# EXHIBIT L

Xiaopu Huang

To The Honorable Judge Broderick Re: Heidi Piao

I have known Heidi Piao since 1981 when Heidi and I both entered Tsinghua University in Beijing to study Environmental Engineering. After completing my studies there and working for a few years, I moved to the United States in 1990 to study and obtain a Masters in Computer Science from Wayne State University in Detroit, Michigan. I have lived here since and have raised my family in the U.S. My two boys are Americans, have completed their college studies, and work professionally as engineers in Northern California. I have worked as a database administrator in the financial services field. My current job is with Citigroup. I have been there over 15 years.

Since meeting Heidi, she and I have remained friends, have known each other well, and there are times that I relied on her opinion to make major decisions in my life. Because of my respect for Heidi, and vice-versa, I was able to confide in her as she was in me. For example, when I talked about work, Heidi was the one to recognize that I was unhappy with my career while I was trying to make the best of it. It was Heidi who boldly spoke up and encouraged me to leave the environmental engineering field to study computer science. Heidi knew and could accept that I did not care for environmental engineering and needed to find something different. Her open mindedness and willingness to recognize the truth about something that bonded us is what led me to think about a change in direction and to make that happen. In short, I have always had a high level of respect for Heidi because of her insightful, pragmatic and honest viewpoints. My career and life have been deeply influenced by Heidi and I have always been appreciative and grateful of having her in my life.

So what kind of person is Heidi? Heidi is a smart, optimistic person that seeks to make a positive difference in our world. I can't really say that I understand what Heidi did wrong, but I can say this. Heidi truly regrets the mistakes that she has made, she openly admits that she has made mistakes, even privately with her friends, and seeks to move forward and to be better; she seeks to not make such mistakes again. I have also noticed that she has found a way to regain her positive attitude as she looks forward to getting past the mistakes she truly regrets.

I hope that the Court can find a way to consider this and to be lenient as Heidi is someone that deserves a second chance. I do know that Heidi will make the best of it and will be grateful. She will not make such mistakes again.

Please feel free to write me if you have any follow on questions.

Sincerely,

Xiaopu Huang

Aug 12, 2020

# EXHIBIT M

<strong>Duke Diep</strong>

January 19, 2021

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

RE:  Heidi Hong Piao, 15 Cr. 706 (VSB)

Dear Judge Broderick:

My name is Duke Diep and I'm writing this letter to you to support my friend Heidi Piao.  I've known Heidi for roughly 10 years, as she is the sister of my girlfriend's best friend.  I work in the technology industry currently, for over 10 years, in Procurement Operations, which I have 25 year of experience.

I believe Heidi is a genuinely good person, with a big heart who has made this mistake in her life and career in where she, and all her friends and family, wishes she can undo.  Her kindness towards my friends and me are sincere and she always provides a helping hand, a word of advice or shows compassion and empathy in ordeals we are going through.

Whenever we visit her, she always goes out of her way to make us feel at home and welcomed, no matter the occasion, or how busy her schedule is.  That is a rare trait in this world of fast pace business, mobile everything and endless video-conferences.

Heidi has shown to us great remorse for having done things that she should not have done and even though, no matter how much hardship she has brought to her friends and family, she has been the emotionally supportive in everything we do.  We can only imagine what she is going through and still maintain the strength and resilience in everything.  Her constant regret and remorse for her actions, along with the pain and extra burden she asks of from her friends and family, will forever live with her the rest of her life.

I ask the Court to please give Heidi an opportunity to do Good in this world, by providing her a lenient sentence for her past actions.  She is truly a kind hearted person that went astray.  She has the love and friendship from her family and friends and I truly believe, with that said, she will be a positive contributor to our society.

Sincerely,

Duke Diep

# EXHIBIT N

**Glenn Camp CFP**
Certified Financial Planner



The Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007
September 16, 2020

January 31st, 2021

Dear Honorable Vernon S. Broderick,

I'm writing this letter in support for my dear friend Ms. Heidi Piao.

I have known Heidi for over 25 years, having met her through mutual friend when she just started to shift from engineering field to business venture here in the United States.

As a young businessman at the time, I was very impressed with Ms. Piao's sincerity and commitment to fairness in all the deals we structured and executed together. Heidi's integrity and transparency were always on display as she provided a "win-win" attitude for all parties involved in each transaction.

I'm the father to three wonderful boys, the youngest now being 27 years of age. My oldest son (Ryan), now 35-years old suffered a stroke at birth resulting in right hemiplegia cerebral palsy and mild mental retardation. Ryan was diagnosed with having Asperger's Spectrum Disorder.

During Ryan's younger years, Heidi spent considerable time with him. Heidi exercised tremendous patience and love as she played games with Ryan and took him to the park. This was not a small chore since Ryan's behavior and his excessive compulsive disorder would sometimes rule the moment. This was never an issue for Heidi, she always maintained a steady grip on the most tenuous situations that Ryan created. To this day they both have a strong bond together with Ryan never forgetting the special time he had with Heidi whilst she was here in Los Angeles.

The above story epitomizes the character of Heidi and her special love for people and those less fortunate. Heidi has always gone the extra mile to help homeless people with both food and donations, something that I have witnessed first-hand on the streets of New York.

I would humbly ask the Court to take into account Heidi's volunteer work with City Harvest, an organization that provides fresh food in the early morning hours to those in need. Heidi's work stretched 3-years beginning in early 2017 and ending in February 2020, when the pandemic hit New York so severely.

I would pray the Court also considers Heidi's many contributions to society, her family and friends. The direct effect of Heidi's good deeds allow others to bear witness of her example, thus encouraging countless others. To incarcerate Heidi would be a great loss to so many people and I just can't help to think that a better cause and punishment for her mistakes would be to put her in a community service capacity, where she has proven herself for so many years.

I humbly ask the Court to consider this in determination of Heidi's fate. I have witnessed first-hand for the last 5 years, Heidi's remorse, pain, regret, financial deterioration, pain-staking worry for her aging mom (who remains alone in China) and how this has affected her life. Heidi's actions have repeatedly confirmed to me the regret of her mistakes.

I am aware that you, your Honor, will determine the fate of my dear friend, Heidi. I am also aware that you must consider her digression of judgment that has led her to your Court, but I only ask that in your consideration you remain mindful of the good that she has achieved for so many of us and ask you to consider it in your determination of her punishment.

Thank you for taking the time to consider my comments and if I can be of any further assistance, please do not hesitate to contact me at (818) 359-1310.

Sincerely,

Glenn Camp CFP
*Certified Financial Planner*

# EXHIBIT O



William Peiffer, Esq.



September 16, 2020

The Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Honorable Vernon S. Broderick,

I write in support of my friend Heidi Piao.

By way of my background: I am a businessman and lawyer engaged in developing net zero energy sustainable modular and pre-fab housing for the Homeless here in America and in emerging nations starting in Africa; and for our Veterans. As to the homeless, the emphasis is on at risk women and children in varying categories with an emphasis on youth including those who are battered, alone and pregnant, and sex trafficked. Part of this will be done through one IRS approved 501c3 for women and children, a second in process 501c3 for our Veterans, and otherwise through corporations that are expected to in part be government contractors to US, state, and global governments. Unrelated, I have been managing, partnering and producing motion picture and television and now Podcast productions with director/producer/writer/actor Peter Bogdanovich since 1982.

More important: I am a Christian, husband, and father of four sons the first of whom was adopted as a high-risk infant while a single man, and my wife joined in the adoption when we married 32 years ago. That son is a graduate of Valley Forge Military College on the Main Line in Philadelphia and is now in management in the food services industry, our second son is an entertainment lawyer at a movie studio, our third son is a first year law student at Loyola University in Los Angles (now on-line from our NJ home), and our fourth son is contemplating a career assisting wounded Veterans who have returned home.

I have known Heidi for many years and cannot say enough good about her. She is a person of faith, she is kind, empathetic, and generous with a huge heart. Yet she is a flawed human being, she made a terrible mistake; but Heidi is deeply remorseful and takes full responsibility for her misconduct. She has worked tirelessly to be the best she can be at her volunteer work at a food bank in NYC feeding the poor – she would usually end our nights out with my partner, me and others by about nine o'clock so that she could be up before dawn to feed the hungry at a local food bank – and as we walked her back to her apartment after making sure enough dinner was leftover

and available to-go, she would find a homeless person and give that person her leftover dinner (complete with napkins and plastic utensils in part for cleanliness but more for dignity). She is also working with my business partner and me on the aforementioned 501c3 the purpose of which is to provide shelter to at-risk women and children. That is the Heidi I know.

Heidi made one very serious error in judgment for which she has confided in my partner and I about how deeply she regrets her poor judgment. One bad decision, out of many years of an otherwise law-abiding life.

I am a big believer in second chances and especially so for those so deserving based on genuine conduct because conduct from the heart reveals state of mind.

I respectfully ask Your Honor to consider lenient sentencing for Heidi based in part on all of the foregoing.

Thank you in advance for taking the time to read this letter.

Respectfully,

William Peiffer, Esq.

# EXHIBIT P

Weiping Wu

███████████████

March 26, 2020

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Heidi Hong Piao, 15 Cr. 706 (VSB)

Dear Judge Broderick:

I write this letter with deep respect for the rule of law and gravity of the decision that you will make in regards to the case of Ms. Heidi Hong Piao. Upon meeting Ms. Piao in 1984 at Tsinghua University in Beijing (China), I have been a friend of hers ever since. We have kept in touch throughout the various phases and geographies of our lives. Rather coincidentally we now both live in New York City (since 2016), where I am a professor and program director in the School of Architecture, Planning and Preservation at Columbia University.

Living in the same city again for the first time since our college days, we have had a number of conversations about life events and her case. It is clear to me, in these conversations, that Ms. Piao takes full responsibility and is sincerely remorseful for having taken part in an illegal conduct. Going through the legal proceedings also has been an education for her about the rule of law in this country. Her respect for the professionalism of judges and attorneys is genuine, and her resolve to rehabilitate authentic.

This resolve to take responsibility and learn from mistake is a part of Ms. Piao's character. She has an unwavering thirst for life, a warm touch for friendship, and a growing sensibility for introspection. Over the last 35 years of connection, I have seen her charting a nonlinear path of career, with her dogged perseverance and diligence. Originally trained as an environmental engineer, she has worked in the corporate sector and then gravitated towards more independent business ventures. Some have not yielded expected outcomes, but she has soldiered on with courage while continuing to care for and support her family. Her inner strength and big heart are what has sustained our friendship over decades. When we are together, there are always laughter and sheer joy.

I sincerely hope, your honor, that you will take into consideration of Ms. Piao's remorse and character in rendering your sentencing. Giving her a second chance will mean the world to her,

allowing her to contribute back to society. I am confident that she will learn from her mistake, as well as her newfound respect for the rule of law. Should you need any further information, I am more than happy to oblige.

Thank you very much for your careful consideration.

Sincerely yours,

Weiping Wu

# EXHIBIT Q



**Chairman**
James D. Kallman

**Vice Chairman**
Eric Ripert

**Treasurer**
Eric S. Schwartz

**Secretary**
Marc Granetz

**Board Members**
Marjorie Sybul Adams
E. Desiree Asher
Alex Berenson
Richard S. Berry
Ashish Bhutani
Alida Boer
Benjamin Bram
Jason Carroll
Chinh E. Chu
Dana B. Cowin
Misook Doolittle
Wilson Ervin
J. Michael Evans
Mitchell Harris
Christine Hikawa
Sharon H. Jacquet
Pamela Kaufmann
Bill Koenigsberg
Zhenya Lindgardt
Kerrie D. MacPherson
Kathleen McCarthy
Nadine Mirchandani
Marc Murphy
Valerie Peltier
Rachael Ray
Mary E. Rubin
Marcus Samuelsson
Rick Smilow
Robert M. Stein
Tim Walsh
Jeffrey L. Weiss
Katie Workman
Michael A. Young
Geoffrey Zakarian

**Immediate
Past Chairman**
Susan Marks

**Founding Chairs**
Harley Brooke-Hitching
Peter W. Schmidt

**Chairman Emeritus**
Robert Cahill, Jr.

**Chief Executive Officer**
Jilly Stephens

February 1, 2021

To Whom It May Concern,

On behalf of the City Harvest Volunteer Services Department, I am confirming that Heidi Park is a volunteer with City Harvest. Heidi has volunteered at a number of our projects including Cooking Demos, Mobile Markets, Food Rescues, and Repacks, which help to both rescue excess produce and deliver produce free of charge to our community. Heidi's volunteer history is extensive and includes **321.25** hours of service.

Feel free to contact me if you have any questions.

Sincerely,

Ashlyn Allen
Volunteer Services Coordinator
aallen@cityharvest.org



# EXHIBIT R



## Thank you so much for all that you do as a City Harvest volunteer!

In recognition of your incredible commitment to volunteering for more than 100 hours with City Harvest last year, we submitted your name as part of the Mayoral Service Recognition Program and are pleased to share this certificate of recognition from the City of New York.

We appreciate everything that you do for City Harvest and for New York, and we can't wait to see you out in the field again soon.

With gratitude,

All of us at City Harvest



# EXHIBIT S

  

**CITY OF NEW YORK**

**MAYORAL SERVICE RECOGNITION PROGRAM**

CERTIFICATE OF RECOGNITION

PRESENTED TO

# HEIDI PARK
## CITY HARVEST

FOR YOUR OUTSTANDING VOLUNTEER EFFORTS IN 2018. THROUGH YOUR DEDICATED
SERVICE IN YOUR COMMUNITY, YOU HAVE HELPED MOVE US CLOSER TOWARDS OUR
GOAL OF BECOMING THE FAIREST BIG CITY IN AMERICA. WE APPLAUD YOUR EFFORTS
TO IMPROVE QUALITY OF LIFE FOR YOUR FELLOW NEW YORKERS AND ENSURE THAT
ALL OUR RESIDENTS CAN SHARE IN THE PROSPERITY FOR WHICH OUR CITY IS KNOWN.

Bill de Blasio
Mayor

Patricia Eng
Chief Service Officer