

Jamie Gottlieb Furia
Special Counsel

1251 Avenue of the Americas
New York, NY 10020
T  646.414.6887
F  973.422.6495
jfuria@lowenstein.com

September 22, 2021

**VIA ECF**

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 9/29/2021

**Re:**     **United States v. Heidi Hong Piao, 15-cr-706 (VSB)**

Dear Judge Broderick:

This law firm represents Heidi Hong Piao in the above-referenced matter.

We respectfully request that this Court enter an order releasing the remaining $51,500 of cash bond.  The Government (via Assistant U.S. Attorney Daniel Richenthal) does not object to the request.

On March 5, 2021, this Court sentenced Ms. Piao to time served plus a term of supervised release.  On March 18, 2021, this Court granted Ms. Piao's request to release 50% ($51,500) of the remaining $103,000 cash bond.  (Dkt. Entry No. 995.)  Ms. Piao now requests that the remaining $51,500 be released.  Ms. Piao commits to use 50% of that amount ($25,750) to make immediate payment to the Bureau of Fiscal Services in furtherance of satisfying the agreed upon civil FBAR penalty.  The other 50% ($25,750) will be returned to Ms. Piao's sister, Grace Paio, who had posted the entirety of the cash bond at the onset of this case.

Please note that this Court previously issued an order directing the Court's Finance Office to permanently change the name of depositor on record from Grace Park to Grace Paio.  (Dkt. Entry No. 942).  The check shall be made payable to Grace Paio.

Respectfully yours,

/s/ Jamie Gottlieb Furia

Jamie Gottlieb Furia

   cc:     Daniel Richenthal, Assistant U.S. Attorney (via ECF)

NEW YORK    PALO ALTO    NEW JERSEY    UTAH    WASHINGTON, D.C.                              Lowenstein Sandler LLP